**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**UTICA DIVISION**

In re: SYRACUSE PACKAGING INTERNATIONAL, L    § Case No. 13-31638
§
§
Debtor(s)    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   THOMAS PAUL HUGHES, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $23,611.10
*(without deducting any secured claims)*

Assets Exempt: N/A

Total Distribution to Claimants: $395,177.09

Claims Discharged Without Payment: N/A

Total Expenses of Administration: $122,342.18

   3) Total gross receipts of $ 571,409.65 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 53,890.38 (see **Exhibit 2**), yielded net receipts of $517,519.27 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 122,342.18 | 122,342.18 | 122,342.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 20,469.33 | 3,843.98 | 3,843.98 | 3,843.98 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,717,339.73 | 2,340,544.05 | 1,614,642.05 | 391,333.11 |
| **TOTAL DISBURSEMENTS** | $2,737,809.06 | $2,466,730.21 | $1,740,828.21 | $517,519.27 |

   4) This case was originally filed under Chapter 7 on September 17, 2013. The case was pending for 65 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/14/2019          By: /s/THOMAS PAUL HUGHES
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Excess funds paid by parties to be returned | 1280-002 | 499.33 |
| FUNDS SENT TO SUCCESSOR TRUSTEE | 1290-000 | -18,616.13 |
| Funds belonging to Third Party | 1280-002 | 53,391.05 |
| 1020 - S1/SYR Countryside Share | 1129-000 | 2,288.74 |
| INTERESTS IN INSURANCE POLICIES | 1229-000 | 7,464.06 |
| RETAINER TO ACCOUNTANT | 1229-000 | 29,847.30 |
| Claim against M&T Bank | 1241-000 | 82,500.00 |
| Claim Against John Schneid | 1241-000 | 90,000.00 |
| Claim against R.F. Esposito, Inc. | 1241-000 | 53,000.01 |
| Claim Against Hancock Estabrook LLP | 1241-000 | 52,000.00 |
| Claim against Richard Esposito, et al. | 1241-000 | 159,035.29 |
| State Court Action Regarding Countryside FCU | 1249-000 | 60,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$571,409.65** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Woodstream Corporation | Return of funds pursuant to Court order dated 11/20/15 | 8500-000 | 53,391.05 |
| Hancock and Estabrook, as Attys for Richard Esposito | Return of excess funds paid by parties | 8500-000 | 499.33 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$53,890.38** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - THOMAS PAUL HUGHES | 2100-000 | N/A | 29,125.96 | 29,125.96 | 29,125.96 |
| Trustee Expenses - THOMAS PAUL HUGHES | 2200-000 | N/A | 253.81 | 253.81 | 253.81 |
| Attorney for Trustee Fees (Trustee Firm) - Thomas P. Hughes, Esq. | 3110-000 | N/A | 3,690.00 | 3,690.00 | 3,690.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.40 | 11.40 | 11.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.70 | 27.70 | 27.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.63 | 19.63 | 19.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.31 | 30.31 | 30.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.70 | 26.70 | 26.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 24.88 | 24.88 | 24.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.40 | 28.40 | 28.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.58 | 26.58 | 26.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 25.66 | 25.66 | 25.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.28 | 28.28 | 28.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.35 | 27.35 | 27.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 25.66 | 25.66 | 25.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.77 | 29.77 | 29.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.64 | 29.64 | 29.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.61 | 28.61 | 28.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 32.52 | 32.52 | 32.52 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.45 | 28.45 | 28.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 99.41 | 99.41 | 99.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 162.36 | 162.36 | 162.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 247.33 | 247.33 | 247.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 450.29 | 450.29 | 450.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 522.71 | 522.71 | 522.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 469.42 | 469.42 | 469.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 548.60 | 548.60 | 548.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 512.19 | 512.19 | 512.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 505.43 | 505.43 | 505.43 |
| Other - Thomas P. Hughes | 2300-000 | N/A | 109.35 | 109.35 | 109.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 556.30 | 556.30 | 556.30 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 520.47 | 520.47 | 520.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 555.79 | 555.79 | 555.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 485.66 | 485.66 | 485.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 670.74 | 670.74 | 670.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 604.92 | 604.92 | 604.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 711.99 | 711.99 | 711.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 646.24 | 646.24 | 646.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 623.80 | 623.80 | 623.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 708.91 | 708.91 | 708.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 621.95 | 621.95 | 621.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 685.33 | 685.33 | 685.33 |
| Other - Thomas P. Hughes | 2300-000 | N/A | 139.31 | 139.31 | 139.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 641.33 | 641.33 | 641.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 619.04 | 619.04 | 619.04 |
| Other - Saunders Kahler, L.L.P. | 3210-000 | N/A | 68,097.00 | 68,097.00 | 68,097.00 |
| Other - Saunders Kahler, L.L.P. | 3220-610 | N/A | 5,063.05 | 5,063.05 | 5,063.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 729.14 | 729.14 | 729.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 578.22 | 578.22 | 578.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 618.69 | 618.69 | 618.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 597.21 | 597.21 | 597.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 678.69 | 678.69 | 678.69 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $122,342.18 | $122,342.18 | $122,342.18 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10P | Internal Revenue Service | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| 10P-2 | Internal Revenue Service | 5800-000 | N/A | 2,691.85 | 2,691.85 | 2,691.85 |
| 12 | State of New York/Dept of Labor-Unemployment | 5800-000 | N/A | 1,152.13 | 1,152.13 | 1,152.13 |
| 14 | Syracuse Packaging International, LLC | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| 14 -2 | Woodstream Corporation | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | Department of Water P.O. Box 4781 | 5200-000 | 6,693.16 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Department of Water P.O. Box 5268 I | 5200-000 | 1,004.14 | N/A | N/A | 0.00 |
| NOTFILED | New York Department of State 99 Washington Ave | 5200-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Anthony Colella 3093 Corlear Drive 0.00 | 5200-000 | 11,272.03 | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $20,469.33 | $3,843.98 | $3,843.98 | $3,843.98 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Countryside Federal Credit Union | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 2 | Anthony Colella | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 2 -2 | Anthony Colella | 7100-000 | N/A | 28,628.85 | 28,628.85 | 6,938.65 |
| 3 | Richard B. Abbott | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 3 -2 | Richard B. Abbott | 7100-000 | 50,000.00 | 59,843.75 | 59,843.75 | 14,504.04 |
| 4 | Richard B. Abbott | 7100-000 | N/A | N/A | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 -2 | Richard B. Abbott | 7100-000 | 50,000.00 | 59,843.75 | 59,843.75 | 14,504.04 |
| 5 | Michael E. Cuddy | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 5 -2 | Michael E. Cuddy | 7100-000 | 50,000.00 | 59,480.01 | 59,480.01 | 14,415.89 |
| 6 | NYSA Fund | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 6 -2 | NYSA Fund | 7100-000 | 100,000.00 | 118,692.53 | 118,692.53 | 28,766.94 |
| 7 | Susan M. Schweitzer, Trustee | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 7 -2 | Susan M. Schweitzer. Trustee of the | 7100-000 | 60,000.00 | 71,812.50 | 71,812.50 | 17,404.85 |
| 8 | Kane, Bowles & Moore, PC | 7100-000 | N/A | 34,527.48 | 34,527.48 | 8,368.26 |
| 9 | NYS Dept. of Taxation and Finance | 7100-000 | N/A | 50.00 | 50.00 | 12.12 |
| 10U | Internal Revenue Service | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 10U-2 | Internal Revenue Service | 7100-000 | N/A | 134.59 | 134.59 | 32.62 |
| 11 | AmTrust North America | 7100-000 | 1,144.00 | 44,198.00 | 44,198.00 | 10,712.06 |
| 13 | Helen Zourdos | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 13 -2 | Helen Zourdos | 7100-000 | N/A | 30,584.60 | 30,584.60 | 7,412.64 |
| 15 | Pioneer Funding Group, LLC | 7100-000 | 82,500.10 | 101,492.57 | 101,492.57 | 24,598.27 |
| 16 | Richard Esposito | 7100-000 | 227,172.93 | 227,173.00 | 0.00 | 0.00 |
| 17 | Brett Greenky | 7100-000 | 187,003.00 | 187,003.00 | 0.00 | 0.00 |
| 18 | Glen Axelrod | 7100-000 | 153,863.00 | 153,863.00 | 0.00 | 0.00 |
| 19 | Seth Greenky | 7100-000 | 157,863.00 | 157,863.00 | 0.00 | 0.00 |
| 20 | Edwin L. Olmstead | 7100-000 | N/A | 29,921.23 | 29,921.23 | 7,251.87 |
| 21 | Patterson Warehousing Inc. Emp PSP | 7100-000 | 100,000.00 | 119,684.93 | 119,684.93 | 29,007.47 |
| 22 | Alton Prosser | 7100-000 | 50,000.00 | 59,842.47 | 59,842.47 | 14,503.73 |
| 23 | Teri H. Martin | 7100-000 | N/A | 29,921.23 | 29,921.23 | 7,251.87 |
| 24 | Michael & Elizabeth Pfohl | 7100-000 | N/A | 35,905.48 | 35,905.48 | 8,702.24 |
| 25 | Andrew Merritt | 7100-000 | N/A | 29,921.23 | 29,921.23 | 7,251.87 |
| 26 | Christopher E. Morris | 7100-000 | 100,000.00 | 119,684.93 | 119,684.93 | 29,007.47 |
| 27 | Gerard E. Fuess | 7100-000 | N/A | 41,889.73 | 41,889.73 | 10,152.61 |
| 28 | Gabelman Family Trust | 7100-000 | 50,000.00 | 59,842.47 | 59,842.47 | 14,503.73 |
| 29 | Roseann Bronner and George H. Elsbree | 7100-000 | N/A | 59,842.47 | 59,842.47 | 14,503.73 |
| 30 | Richard A. Martin | 7100-000 | N/A | 29,921.23 | 29,921.23 | 7,251.87 |
| 31 | Jacob C. Hullar III | 7100-000 | 100,000.00 | 119,684.93 | 119,684.93 | 29,007.47 |
| 32 | Brian Letcher | 7100-000 | N/A | 29,921.23 | 29,921.23 | 7,251.87 |
| 33 | Jane Rumsmoke Living Trust | 7100-000 | 200,000.00 | 239,369.86 | 239,369.86 | 58,014.93 |
| NOTFILED | Mountain Glacier LLC 709 Oak Hill Road | 7100-000 | 343.12 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | National Grid<br>P.O. Box 11742 | 7100-000 | 4,666.83 | N/A | N/A | 0.00 |
| NOTFILED | Mcintosh Box & Pallet Co., Inc. | 7100-000 | 1,769.40 | N/A | N/A | 0.00 |
| NOTFILED | Ufe Science Laboratories<br>Benefactor Funding Corp.for | 7100-000 | 2,370.00 | N/A | N/A | 0.00 |
| NOTFILED | National Grid<br>P.O. Box 11742 | 7100-000 | 8,204.75 | N/A | N/A | 0.00 |
| NOTFILED | NOCO Energy Corp.<br>P.O. Box 86 | 7100-000 | 87.00 | N/A | N/A | 0.00 |
| NOTFILED | Pitney Bowes - Purchase Power | 7100-000 | 509.00 | N/A | N/A | 0.00 |
| NOTFILED | Land Air Express<br>P.O. Box 6434 | 7100-000 | 64.13 | N/A | N/A | 0.00 |
| NOTFILED | National Grid<br>P.O. Box 11742 | 7100-000 | 3,935.50 | N/A | N/A | 0.00 |
| NOTFILED | National Grid<br>P.O. Box 11742 | 7100-000 | 2,531.38 | N/A | N/A | 0.00 |
| NOTFILED | IPFS Corporation - MAW198288<br>P.O. Box 905849 | 7100-000 | 12,092.67 | N/A | N/A | 0.00 |
| NOTFILED | Express Shipping Room Supply<br>P.O. Box 11071 | 7100-000 | 2,861.96 | N/A | N/A | 0.00 |
| NOTFILED | Greenwood Group LLC<br>4455 Genesee St. | 7100-000 | 28,137.02 | N/A | N/A | 0.00 |
| NOTFILED | Exit 40 Truck & Trailer Service | 7100-000 | 174.73 | N/A | N/A | 0.00 |
| NOTFILED | Haun Welding Supply<br>5921 Court Street Road | 7100-000 | 1,000.94 | N/A | N/A | 0.00 |
| NOTFILED | Empire/EMCO, Inc.<br>2430 N. FOrrest Road | 7100-000 | 29,209.19 | N/A | N/A | 0.00 |
| NOTFILED | I&T Xpress<br>106 Dwight Park Circle | 7100-000 | 211.68 | N/A | N/A | 0.00 |
| NOTFILED | Internal Telecommunication Systems, | 7100-000 | 493.34 | N/A | N/A | 0.00 |
| NOTFILED | J.J. Keller & Associates<br>3003 Breezewood Lane | 7100-000 | 31.32 | N/A | N/A | 0.00 |
| NOTFILED | Industrial Medical Assoc. PC<br>961 Canal Street | 7100-000 | 115.18 | N/A | N/A | 0.00 |
| NOTFILED | JJ Keller<br>PO. Box 548 | 7100-000 | 0.93 | N/A | N/A | 0.00 |
| NOTFILED | Incorporating Services, Ltd.<br>3500 S. DuPont Hwy. | 7100-000 | 445.00 | N/A | N/A | 0.00 |
| NOTFILED | Printable Services, LLC<br>P.O. Box 48 | 7100-000 | 483.84 | N/A | N/A | 0.00 |
| NOTFILED | Tracey Packaging Inc.<br>P.O. Box 647 | 7100-000 | 650.70 | N/A | N/A | 0.00 |
| NOTFILED | Thomas Potter<br>Attn: Tony Vanslyk | 7100-000 | 103,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Time Wamer Business Class<br>P.O. Box 70872 | 7100-000 | 422.94 | N/A | N/A | 0.00 |
| NOTFILED | United Parcel Service<br>P.O. Box 7247 | 7100-000 | 496.28 | N/A | N/A | 0.00 |
| NOTFILED | Village Office Supply<br>600 Apgar Drive | 7100-000 | 826.99 | N/A | N/A | 0.00 |
| NOTFILED | UPS Freight<br>[address unknown] | 7100-000 | 151.00 | N/A | N/A | 0.00 |
| NOTFILED | XPEDX<br>4626 Crossroads Dr. | 7100-000 | 77.83 | N/A | N/A | 0.00 |
| NOTFILED | VP Supply Corp.<br>P.O. Box 23868 | 7100-000 | 555.87 | N/A | N/A | 0.00 |
| NOTFILED | W.B. Mason Co, Inc,<br>P.O. Box 111 | 7100-000 | 215.19 | N/A | N/A | 0.00 |
| NOTFILED | Terry Kiff<br>111 West Main st. | 7100-000 | 2,533.05 | N/A | N/A | 0.00 |
| NOTFILED | State of New York/Department of Labor | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Syracuse Fire Dept.<br>609 Public Safety Building | 7100-000 | 50.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | S&S Industries Attn: John Weyeneth | 7100-000 | 166,687.41 | N/A | N/A | 0.00 |
| NOTFILED | Elsbree/Bronner National Financial Services | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Ron Nicolli 135 Sun Harbor Dr. | 7100-000 | 3,456.00 | N/A | N/A | 0.00 |
| NOTFILED | Sacha, Salvaterra & Associates, Inc. | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | SRI, Fire Sprinkler, LLC 1060 Central Ave. | 7100-000 | 1,053.00 | N/A | N/A | 0.00 |
| NOTFILED | Solvay Electric 511 Charles Ave. | 7100-000 | 105.24 | N/A | N/A | 0.00 |
| NOTFILED | Staples Credit Plan P.O. Box 689020 | 7100-000 | 1,334.10 | N/A | N/A | 0.00 |
| NOTFILED | Staples Advantage Dept. ROC | 7100-000 | 1,085.75 | N/A | N/A | 0.00 |
| NOTFILED | Staples Business Advantage Dept. ROC | 7100-000 | 679.81 | N/A | N/A | 0.00 |
| NOTFILED | Principal Financial Group [address unknown] | 7100-000 | 3,320.18 | N/A | N/A | 0.00 |
| NOTFILED | Amrex Chemical Co., Inc. 117 E. Frederick St. | 7100-000 | 557,079.88 | N/A | N/A | 0.00 |
| NOTFILED | EGM Inc. 3748 Industrial Park Drive | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Eastern Industrial Water 64 Travis Ave. | 7100-000 | 857.32 | N/A | N/A | 0.00 |
| NOTFILED | Bagging Guys, Inc. [address unknown] | 7100-000 | 216.25 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$2,717,339.73** | **$2,340,544.05** | **$1,614,642.05** | **$391,333.11** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-31638  
**Case Name:** SYRACUSE PACKAGING INTERNATIONAL, L  

**Trustee:** (521360) THOMAS PAUL HUGHES  
**Filed (f) or Converted (c):** 09/17/13 (f)  
**§341(a) Meeting Date:** 04/11/14  

**Period Ending:** 03/14/19  
**Claims Bar Date:** 12/08/14  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1020 - S1/SYR Countryside Share | 5.49 | 5.49 | | 2,288.74 | FA |
| 2 | Accounts Receivable | 20,907.82 | 20,907.82 | | 0.00 | FA |
| 3 | INTERESTS IN INSURANCE POLICIES (u) | Unknown | 3,732.03 | | 7,464.06 | FA |
| 4 | RETAINER TO ACCOUNTANT (u) | Unknown | 14,963.20 | | 29,847.30 | FA |
| 5 | Funds belonging to third party to be returned (u) | Unknown | Unknown | | 0.00 | FA |
| 6 | Claim against M&T Bank (u) | Unknown | 141,609.29 | | 82,500.00 | FA |
| 7 | Claim Against John Schneid (u) | Unknown | 144,473.70 | | 90,000.00 | FA |
| 8 | Claim against R.F. Esposito, Inc. (u) | Unknown | 53,000.00 | | 53,000.00 | FA |
| 9 | Claim Against Hancock Estabrook LLP (u) | Unknown | 95,000.00 | | 52,000.00 | FA |
| 10 | Claim against Richard Esposito, et al. (u) | Unknown | 196,450.00 | | 159,035.29 | FA |
| 11 | State Court Action Regarding Countryside FCU (u) | Unknown | 50,000.00 | | 60,000.00 | FA |
| 12 | 1030- First Niagara Operating Account | 1,841.47 | 1,841.47 | | 0.00 | FA |
| 13 | 1035 - First Niagara Payroll Account | 297.11 | 297.11 | | 0.00 | FA |
| 14 | 1070 - #66 Countryside Payroll Account | 64.70 | 64.70 | | 0.00 | FA |
| 15 | 1075 - Pnnacle Investments Escrow Account | 500.00 | 500.00 | | 0.00 | FA |
| 15 | Assets  Totals (Excluding unknown values) | **$23,616.59** | **$722,844.81** | | **$536,135.39** | **$0.00** |

**Major Activities Affecting Case Closing:**

All assets administered; final report; distribution to creditors.

**Initial Projected Date Of Final Report (TFR):** December 31, 2016   **Current Projected Date Of Final Report (TFR):** June 28, 2018 (Actual)

Printed: 03/14/2019 09:16 AM    V.14.50

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-31638  
**Case Name:** SYRACUSE PACKAGING INTERNATIONAL, L

**Taxpayer ID #:** **-***2116  
**Period Ending:** 03/14/19

**Trustee:** THOMAS PAUL HUGHES (521360)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4366 - Checking Account  
**Blanket Bond:** $3,130,600.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/06/14 | {3} | Marshall & Sterling Upstate, Inc. | MONEY RETURNED TO DEBTOR | 1229-000 | 3,732.03 | | 3,732.03 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,722.03 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,712.03 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,702.03 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,692.03 |
| 09/18/14 | {4} | Kane, Bowles & Moore, PC | ACCOUNTANT FEE | 1229-000 | 14,963.20 | | 18,655.23 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.40 | 18,643.83 |
| 10/27/14 | 101 | Thomas Hughes as Trustee in Bankruptcy | FUNDS SENT TO SUCESSOR TRUSTEE Voided on 11/03/14 | 9999-000 | | 18,643.83 | 0.00 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.70 | -27.70 |
| 11/03/14 | 101 | Thomas Hughes as Trustee in Bankruptcy | FUNDS SENT TO SUCESSOR TRUSTEE Voided: check issued on 10/27/14 | 9999-000 | | -18,643.83 | 18,616.13 |
| 11/03/14 | 102 | Thomas Hughes as Trustee in Bankruptcy | FUNDS SENT TO SUCCESSOR TRUSTEE | 1290-000 | -18,616.13 | | 0.00 |
| | | | ACCOUNT TOTALS | | 79.10 | 79.10 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 79.10 | 79.10 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$79.10** | **$79.10** | |

{} Asset reference(s)

Printed: 03/14/2019 09:16 AM    V.14.50

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-31638  
**Case Name:** SYRACUSE PACKAGING INTERNATIONAL, L  
**Taxpayer ID #:** **-***2116  
**Period Ending:** 03/14/19

**Trustee:** THOMAS PAUL HUGHES (521360)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8566 - Checking Account  
**Blanket Bond:** $3,130,600.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/04/14 | | Mary E. Leonard, Former Trustee | Turnover of funds from former Chapter 7 Trustee. Check drawn on Rabobank. | | 18,616.13 | | 18,616.13 |
| | {3} | | Funds from former Trustee    3,732.03 | 1229-000 | | | 18,616.13 |
| | {4} | | Funds from former Trustee    14,884.10 | 1229-000 | | | 18,616.13 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.63 | 18,596.50 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.31 | 18,566.19 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.70 | 18,539.49 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.88 | 18,514.61 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.40 | 18,486.21 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.58 | 18,459.63 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.66 | 18,433.97 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.28 | 18,405.69 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.35 | 18,378.34 |
| 08/24/15 | {1} | Countryside Federal Credit Union | Proceeds of account #34040. Check drawn on Countryside Federal Credit Union. | 1129-000 | 2.58 | | 18,380.92 |
| 08/24/15 | {1} | Countryside Federal Credit Union | Proceeds of account #34063. Check drawn on Countryside Federal Credit Union. | 1129-000 | 8.48 | | 18,389.40 |
| 08/24/15 | {1} | Countryside Federal Credit Union | Proceeds of bank account #35962. Check drawn on Countryside Federal Credit Union. | 1129-000 | 92.69 | | 18,482.09 |
| 08/24/15 | {1} | Countryside Federal Cedit Union | Proceeds of bank account #34647. Check drawn on Countryside Federal Credit Union. | 1129-000 | 462.76 | | 18,944.85 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.66 | 18,919.19 |
| 09/24/15 | | From Account #******8567 | Transfer estate funds from exempt account | 9999-000 | 1,722.23 | | 20,641.42 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.77 | 20,611.65 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.64 | 20,582.01 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.61 | 20,553.40 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.52 | 20,520.88 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.45 | 20,492.43 |
| 02/08/16 | {6} | M&T Bank | Proceeds of settlement of adversary proceeding against M&T Bank. | 1241-000 | 82,500.00 | | 102,992.43 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.41 | 102,893.02 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 162.36 | 102,730.66 |
| 04/18/16 | {10} | Richard F. Esposito Escrow Agent | Settlement of adversary proceeding 14-50021. Check payable through Solvay Bank. | 1241-000 | 159,035.29 | | 261,765.95 |
| 04/18/16 | {9} | Hancock Estabrook LLP | Settlement of adversary versus Hancock Estabrook, 15-50023. Check drawn on M&T | 1241-000 | 52,000.00 | | 313,765.95 |

Subtotals :                 $314,440.16         $674.21

{} Asset reference(s)

Printed: 03/14/2019 09:16 AM     V.14.50

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-31638  
**Case Name:** SYRACUSE PACKAGING INTERNATIONAL, L  

**Taxpayer ID #:** **-***2116  
**Period Ending:** 03/14/19  

**Trustee:** THOMAS PAUL HUGHES (521360)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8566 - Checking Account  
**Blanket Bond:** $3,130,600.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Bank. | | | | |
| 04/18/16 | {8} | Brett B. Greenky, MD and Lynn L. Greenky | Acct #1; Payment #1; Installment payment - settlement of adversary proceeding 15-50024. Check drawn on KeyBank National Association. | 1241-000 | 232.77 | | 313,998.72 |
| 04/18/16 | {8} | Glenn B. and Helena Axelrod | Acct #1; Payment #1; Installment payment - settlement of adversary proceeding 15-50024. Check drawn on KeyBank National Association. | 1241-000 | 1,388.83 | | 315,387.55 |
| 04/18/16 | {8} | Seth S. Greenky, MD and Lisa Gould Greenky | Acct #1; Payment #1; Installment payment - settlement of adversary proceeding 15-50024. Check drawn on KeyBank National Association. | 1241-000 | 1,621.60 | | 317,009.15 |
| 04/18/16 | {8} | Richard F. Esposito CPR Reimbrsmnt | Acct #1; Payment #1; Installment payment - settlement of adversary proceeding 15-50024. Check drawn on Solvay Bank. | 1241-000 | 2,083.25 | | 319,092.40 |
| 04/18/16 | {8} | Brett B. and Lynn L. Greenky | Acct #1; Payment #1; Installment payment - settlement of adversary proceeding 15-50024. Check drawn on KeyBank National Association. | 1241-000 | 3,006.55 | | 322,098.95 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 247.33 | 321,851.62 |
| 05/18/16 | | Brett B. Greenky and Lynn L. Greenky | Acct #1; Payment #1, 2; Installment payment pursuant to court order.  Check drawn on KeyBank. | | 1,555.56 | | 323,407.18 |
| | {8} | | Acct #1; Payment #1;   500.33 Installment payment pursuant to court order. Check drawn on KeyBank. | 1241-000 | | | 323,407.18 |
| | {8} | | Acct #1; Payment #2;   1,055.23 Installment payment pursuant to court order. Check drawn on KeyBank. | 1241-000 | | | 323,407.18 |
| 05/18/16 | {8} | Seth Greenky and Lisa Greenky | Acct #1; Payment #2; Installment payment pursuant to court order.  Check drawn on KeyBank. | 1241-000 | 1,555.56 | | 324,962.74 |
| 05/18/16 | {8} | Brett Greenky and Lynn Greenkly | Acct #1; Payment #2; Installment payment pursuant to court order.  Check drawn on KeyBank. | 1241-000 | 3,111.11 | | 328,073.85 |

Subtotals :   $14,555.23   $247.33

{} Asset reference(s)

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 13-31638  
**Case Name:** SYRACUSE PACKAGING INTERNATIONAL, L  
**Taxpayer ID #:** **-***2116  
**Period Ending:** 03/14/19  

**Trustee:** THOMAS PAUL HUGHES (521360)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8566 - Checking Account  
**Blanket Bond:** $3,130,600.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/18/16 | {8} | Richard F. Esposito | Acct #1; Payment #2; Installment payment pursuant to court order. Check drawn on Solvay Bank. | 1241-000 | 3,111.11 | | 331,184.96 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 450.29 | 330,734.67 |
| 06/27/16 | | Brett B. & Lynn L. Greenky | Acct #1; Payment #2, 3; Installment payment in settlement of adversary proceeding pursuant to court order. Check drawn on KeyBank National Association. | | 1,555.56 | | 332,290.23 |
| | {8} | | Acct #1; Payment #2;   0.32 Installment payment in settlement of adversary proceeding pursuant to court order. Check drawn on KeyBank National Association. | 1241-000 | | | 332,290.23 |
| | {8} | | Acct #1; Payment #3;   1,555.24 Installment payment in settlement of adversary proceeding pursuant to court order. Check drawn on KeyBank National Association. | 1241-000 | | | 332,290.23 |
| 06/27/16 | {8} | Seth S. and Lisa Gould Greenky | Acct #1; Payment #3; Installment payment in settlement of adversary proceeding pursuant to court order. Check drawn on KeyBank National Association. | 1241-000 | 1,555.56 | | 333,845.79 |
| 06/27/16 | {8} | Richard F. Esposito | Acct #1; Payment #3; Installment payment in settlement of adversary proceeding pursuant to court order. Check drawn on Solvay Bank. | 1241-000 | 2,110.77 | | 335,956.56 |
| 06/27/16 | {8} | Brett B. and Lynn L. Greenky | Acct #1; Payment #3; Installment payment in settlement of adversary proceeding pursuant to court order. Check drawn on KeyBank National Association. | 1241-000 | 3,111.11 | | 339,067.67 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 522.71 | 338,544.96 |
| 07/28/16 | | Brett and Lyn Greenky | Acct #1; Payment #3, 4; Installment payment pursuant to court order. Check drawn on Key Bank. | | 1,555.56 | | 340,100.52 |
| | {8} | | Acct #1; Payment #3;   500.65 Installment payment pursuant to court order. | 1241-000 | | | 340,100.52 |

Subtotals :   $12,999.67   $973.00

{} Asset reference(s)   Printed: 03/14/2019 09:16 AM   V.14.50

Case 13-31638-5-mcr    Doc 151    Filed 03/22/19    Entered 03/22/19 14:50:52    Desc
Main Document    Page 15 of 20

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 13-31638
**Case Name:** SYRACUSE PACKAGING INTERNATIONAL, L

**Taxpayer ID #:** **-***2116
**Period Ending:** 03/14/19

**Trustee:** THOMAS PAUL HUGHES (521360)
**Bank Name:** Rabobank, N.A.
**Account:** ******8566 - Checking Account
**Blanket Bond:** $3,130,600.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Check drawn on Key Bank. | | | | |
| | {8} | | Acct #1; Payment #4; 1,054.91 Installment payment pursuant to court order. Check drawn on Key Bank. | 1241-000 | | | 340,100.52 |
| 07/28/16 | {8} | Seth S. and Lisa Greenky | Acct #1; Payment #4; Installment payment pursuant to court order. Check drawn on KeyBank. | 1241-000 | 1,555.56 | | 341,656.08 |
| 07/28/16 | {8} | Brett and Lynn Greenky | Acct #1; Payment #4; Installment payment pursuant to court order. Check drawn on Key Bank. | 1241-000 | 3,111.11 | | 344,767.19 |
| 07/28/16 | {8} | R.F. Esposito, Inc. | Acct #1; Payment #4; Installment payment pursuant to court order. Check drawn on Solvay Bank. | 1241-000 | 3,111.11 | | 347,878.30 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 469.42 | 347,408.88 |
| 08/29/16 | | Seth and Lisa Greenky | Acct #1; Payment #4, 5; Installment payment in settlement of adversary pursuant to court order. Check drawn on KeyBank National Association. | | 1,555.55 | | 348,964.43 |
| | {8} | | Acct #1; Payment #4; 0.64 Installment payment in settlement of adversary pursuant to court order. Check drawn on KeyBank National Association. | 1241-000 | | | 348,964.43 |
| | {8} | | Acct #1; Payment #5; 1,554.91 Installment payment in settlement of adversary pursuant to court order. Check drawn on KeyBank National Association. | 1241-000 | | | 348,964.43 |
| 08/29/16 | {8} | Brett and Lynn Greenky | Acct #1; Payment #5; Installment payment in settlement of adversary pursuant to court order. Check drawn on KeyBank National Association. | 1241-000 | 1,555.56 | | 350,519.99 |
| 08/29/16 | {8} | Brett and Lynn Greenky | Acct #1; Payment #5; Installment payment in | 1241-000 | 3,111.11 | | 353,631.10 |

Subtotals :    $14,000.00    $469.42

{} Asset reference(s)

Printed: 03/14/2019 09:16 AM    V.14.50

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 13-31638  
**Case Name:** SYRACUSE PACKAGING INTERNATIONAL, L  
**Taxpayer ID #:** **-***2116  
**Period Ending:** 03/14/19  

**Trustee:** THOMAS PAUL HUGHES (521360)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8566 - Checking Account  
**Blanket Bond:** $3,130,600.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | settlement of adversary pursuant to court order. Check drawn on KeyBank National Association. |  |  |  |  |
| 08/29/16 |  | R.J. Esposito, Inc. | Acct #1; Payment #5, 6; Installment payment in settlement of adversary pursuant to court order. Check drawn on KeyBank National Association. |  | 3,111.11 |  | 356,742.21 |
|  | {8} |  | Acct #1; Payment #5; 2,611.76 Installment payment in settlement of adversary pursuant to court order. Check drawn on KeyBank National Association. | 1241-000 |  |  | 356,742.21 |
|  | {8} |  | Acct #1; Payment #6; 499.35 Installment payment in settlement of adversary pursuant to court order. Check drawn on KeyBank National Association. | 1241-000 |  |  | 356,742.21 |
| 08/31/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 548.60 | 356,193.61 |
| 09/26/16 | {8} | Brett and Lynn Greenky | Acct #1; Payment #6; Installment payment in settlement of adversary pursuant to court order. Check drawn on KeyBank National Association. | 1241-000 | 1,555.56 |  | 357,749.17 |
| 09/26/16 | {8} | Seth and Lisa Greenky | Acct #1; Payment #6; Installment payment in settlement of adversary pursuant to court order. Check drawn on KeyBank National Association. | 1241-000 | 1,555.56 |  | 359,304.73 |
| 09/26/16 | {8} | Richard F. Esposito | Acct #1; Payment #6; Installment payment in settlement of adversary pursuant to court order. Check drawn on KeyBank National Association. | 1241-000 | 2,611.10 |  | 361,915.83 |
| 09/26/16 |  | Brett and Lynn Greenky | Installment payment in settlement of adversary pursuant to court order. Check drawn on KeyBank National Association. |  | 3,111.11 |  | 365,026.94 |
|  | {8} |  | Acct #1; Payment #6    2,611.78 | 1241-000 |  |  | 365,026.94 |
|  |  |  | Excess funds paid by    499.33 parties to be returned | 1280-002 |  |  | 365,026.94 |

Subtotals :    $11,944.44    $548.60

{} Asset reference(s)    Printed: 03/14/2019 09:16 AM    V.14.50

Exhibit 9

## Form 2

Page: 7

### Cash Receipts And Disbursements Record

**Case Number:** 13-31638  
**Case Name:** SYRACUSE PACKAGING INTERNATIONAL, L  

**Taxpayer ID #:** **-***2116  
**Period Ending:** 03/14/19  

**Trustee:** THOMAS PAUL HUGHES (521360)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8566 - Checking Account  
**Blanket Bond:** $3,130,600.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 512.19 | 364,514.75 |
| 10/11/16 | 101 | Hancock and Estabrook, as Attys for Richard Esposito | Return of excess funds paid by parties | 8500-000 | | 499.33 | 364,015.42 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 505.43 | 363,509.99 |
| 11/29/16 | 102 | Thomas P. Hughes | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 09/30/2016 FOR CASE #13-31638 | 2300-000 | | 109.35 | 363,400.64 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 556.30 | 362,844.34 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 520.47 | 362,323.87 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 555.79 | 361,768.08 |
| 02/27/17 | {7} | Melvin and Melvin | Payment recieved on behalf of John Schneid in settlement of adversary proceeding. Check drawn on M&T Bank. | 1241-000 | 90,000.00 | | 451,768.08 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 485.66 | 451,282.42 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 670.74 | 450,611.68 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 604.92 | 450,006.76 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 711.99 | 449,294.77 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 646.24 | 448,648.53 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 623.80 | 448,024.73 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 708.91 | 447,315.82 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 621.95 | 446,693.87 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 685.33 | 446,008.54 |
| 11/01/17 | 103 | Thomas P. Hughes | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/01/2017 FOR CASE #13-31638 | 2300-000 | | 139.31 | 445,869.23 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 641.33 | 445,227.90 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 619.04 | 444,608.86 |
| 01/04/18 | {11} | Countryside Federal Credit Union | Settlement of State Court Action pursuant to court order. Check drawn on Countryside Federal Credit Union. | 1249-000 | 60,000.00 | | 504,608.86 |
| 01/11/18 | 104 | Saunders Kahler, L.L.P. | Payment to special counsel pursuant to Order dated 1/10/18 | | | 73,160.05 | 431,448.81 |
| | | | Special counsel fees            68,097.00 | 3210-000 | | | 431,448.81 |
| | | | Special counsel disbursements      5,063.05 | 3220-610 | | | 431,448.81 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 729.14 | 430,719.67 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 578.22 | 430,141.45 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 618.69 | 429,522.76 |

Subtotals :   $150,000.00   $85,504.18

{} Asset reference(s)   Printed: 03/14/2019 09:16 AM    V.14.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 8

| Case Number: | 13-31638 | Trustee: | THOMAS PAUL HUGHES (521360) |
|---|---|---|---|
| Case Name: | SYRACUSE PACKAGING INTERNATIONAL, L | Bank Name: | Rabobank, N.A. |
| | | Account: | ******8566 - Checking Account |
| Taxpayer ID #: | **-***2116 | Blanket Bond: | $3,130,600.00  (per case limit) |
| Period Ending: | 03/14/19 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 597.21 | 428,925.55 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 678.69 | 428,246.86 |
| 10/12/18 | 105 | Thomas P. Hughes, Esq. | Dividend paid 100.00% on $3,690.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,690.00 | 424,556.86 |
| 10/12/18 | 106 | Internal Revenue Service | Dividend paid 100.00% on $2,691.85; Claim# 10P-2; Filed: $2,691.85; Reference: | 5800-000 | | 2,691.85 | 421,865.01 |
| 10/12/18 | 107 | State of New York/Dept of Labor-Unemployment | Dividend paid 100.00% on $1,152.13; Claim# 12; Filed: $1,152.13; Reference: | 5800-000 | | 1,152.13 | 420,712.88 |
| 10/12/18 | 108 | Anthony Colella | Dividend paid 24.23% on $28,628.85; Claim# 2 -2; Filed: $28,628.85; Reference: | 7100-000 | | 6,938.65 | 413,774.23 |
| 10/12/18 | 109 | Richard B. Abbott | Dividend paid 24.23% on $59,843.75; Claim# 3 -2; Filed: $59,843.75; Reference: | 7100-000 | | 14,504.04 | 399,270.19 |
| 10/12/18 | 110 | Richard B. Abbott | Dividend paid 24.23% on $59,843.75; Claim# 4 -2; Filed: $59,843.75; Reference: | 7100-000 | | 14,504.04 | 384,766.15 |
| 10/12/18 | 111 | Michael E. Cuddy | Dividend paid 24.23% on $59,480.01; Claim# 5 -2; Filed: $59,480.01; Reference: | 7100-000 | | 14,415.89 | 370,350.26 |
| 10/12/18 | 112 | NYSA Fund | Dividend paid 24.23% on $118,692.53; Claim# 6 -2; Filed: $118,692.53; Reference: | 7100-000 | | 28,766.94 | 341,583.32 |
| 10/12/18 | 113 | Susan M. Schweitzer. Trustee of the | Dividend paid 24.23% on $71,812.50; Claim# 7 -2; Filed: $71,812.50; Reference: | 7100-000 | | 17,404.85 | 324,178.47 |
| 10/12/18 | 114 | Kane, Bowles & Moore, PC | Dividend paid 24.23% on $34,527.48; Claim# 8; Filed: $34,527.48; Reference: | 7100-000 | | 8,368.26 | 315,810.21 |
| 10/12/18 | 115 | NYS Dept. of Taxation and Finance | Dividend paid 24.23% on $50.00; Claim# 9; Filed: $50.00; Reference: | 7100-000 | | 12.12 | 315,798.09 |
| 10/12/18 | 116 | Internal Revenue Service | Dividend paid 24.23% on $134.59; Claim# 10U-2; Filed: $134.59; Reference: | 7100-000 | | 32.62 | 315,765.47 |
| 10/12/18 | 117 | AmTrust North America | Dividend paid 24.23% on $44,198.00; Claim# 11; Filed: $44,198.00; Reference: | 7100-000 | | 10,712.06 | 305,053.41 |
| 10/12/18 | 118 | Helen Zourdos | Dividend paid 24.23% on $30,584.60; Claim# 13 -2; Filed: $30,584.60; Reference: | 7100-000 | | 7,412.64 | 297,640.77 |
| 10/12/18 | 119 | Pioneer Funding Group, LLC | Dividend paid 24.23% on $101,492.57; Claim# 15; Filed: $101,492.57; Reference: | 7100-000 | | 24,598.27 | 273,042.50 |
| 10/12/18 | 120 | Edwin L. Olmstead | Dividend paid 24.23% on $29,921.23; Claim# 20; Filed: $29,921.23; Reference: | 7100-000 | | 7,251.87 | 265,790.63 |
| 10/12/18 | 121 | Patterson Warehousing Inc. Emp PSP | Dividend paid 24.23% on $119,684.93; Claim# 21; Filed: $119,684.93; Reference: | 7100-000 | | 29,007.47 | 236,783.16 |
| 10/12/18 | 122 | Alton Prosser | Dividend paid 24.23% on $59,842.47; Claim# 22; Filed: $59,842.47; Reference: | 7100-000 | | 14,503.73 | 222,279.43 |

Subtotals :    $0.00    $207,243.33

{} Asset reference(s)

Printed: 03/14/2019 09:16 AM    V.14.50

Case 13-31638-5-mcr    Doc 151    Filed 03/22/19    Entered 03/22/19 14:50:52    Desc
Main Document      Page 19 of 20

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

**Case Number:** 13-31638  
**Case Name:** SYRACUSE PACKAGING INTERNATIONAL, L  

**Taxpayer ID #:** **-***2116  
**Period Ending:** 03/14/19  

**Trustee:** THOMAS PAUL HUGHES (521360)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8566 - Checking Account  
**Blanket Bond:** $3,130,600.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/12/18 | 123 | Teri H. Martin | Dividend paid 24.23% on $29,921.23; Claim# 23; Filed: $29,921.23; Reference: | 7100-000 | | 7,251.87 | 215,027.56 |
| 10/12/18 | 124 | Michael & Elizabeth Pfohl | Dividend paid 24.23% on $35,905.48; Claim# 24; Filed: $35,905.48; Reference: | 7100-000 | | 8,702.24 | 206,325.32 |
| 10/12/18 | 125 | Andrew Merritt | Dividend paid 24.23% on $29,921.23; Claim# 25; Filed: $29,921.23; Reference: | 7100-000 | | 7,251.87 | 199,073.45 |
| 10/12/18 | 126 | Christopher E. Morris | Dividend paid 24.23% on $119,684.93; Claim# 26; Filed: $119,684.93; Reference: | 7100-000 | | 29,007.47 | 170,065.98 |
| 10/12/18 | 127 | Gerard E. Fuess | Dividend paid 24.23% on $41,889.73; Claim# 27; Filed: $41,889.73; Reference: | 7100-000 | | 10,152.61 | 159,913.37 |
| 10/12/18 | 128 | Gabelman Family Trust | Dividend paid 24.23% on $59,842.47; Claim# 28; Filed: $59,842.47; Reference: | 7100-000 | | 14,503.73 | 145,409.64 |
| 10/12/18 | 129 | Roseann Bronner and George H. Elsbree | Dividend paid 24.23% on $59,842.47; Claim# 29; Filed: $59,842.47; Reference: | 7100-000 | | 14,503.73 | 130,905.91 |
| 10/12/18 | 130 | Richard A. Martin | Dividend paid 24.23% on $29,921.23; Claim# 30; Filed: $29,921.23; Reference: | 7100-000 | | 7,251.87 | 123,654.04 |
| 10/12/18 | 131 | Jacob C. Hullar III | Dividend paid 24.23% on $119,684.93; Claim# 31; Filed: $119,684.93; Reference: | 7100-000 | | 29,007.47 | 94,646.57 |
| 10/12/18 | 132 | Brian Letcher | Dividend paid 24.23% on $29,921.23; Claim# 32; Filed: $29,921.23; Reference: | 7100-000 | | 7,251.87 | 87,394.70 |
| 10/12/18 | 133 | Jane Rumsmoke Living Trust | Dividend paid 24.23% on $239,369.86; Claim# 33; Filed: $239,369.86; Reference: | 7100-000 | | 58,014.93 | 29,379.77 |
| 10/12/18 | 134 | THOMAS PAUL HUGHES | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 29,379.77 | 0.00 |
| | | | Dividend paid 100.00% 29,125.96 on $29,125.96; Claim# ; Filed: $29,125.96 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 253.81 on $253.81; Claim# ; Filed: $253.81 | 2200-000 | | | 0.00 |

|  |  |
|---|---|
| ACCOUNT TOTALS | 517,939.50   517,939.50   $0.00 |
| Less: Bank Transfers | 1,722.23   0.00 |
| Subtotal | 516,217.27   517,939.50 |
| Less: Payments to Debtors | 0.00 |
| **NET Receipts / Disbursements** | **$516,217.27   $517,939.50** |

{} Asset reference(s)

Printed: 03/14/2019 09:16 AM    V.14.50

Exhibit 9

## Form 2

Page: 10

### Cash Receipts And Disbursements Record

**Case Number:** 13-31638  
**Case Name:** SYRACUSE PACKAGING INTERNATIONAL, L  

**Taxpayer ID #:** **-***2116  
**Period Ending:** 03/14/19  

**Trustee:** THOMAS PAUL HUGHES (521360)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8567 - Checking Account  
**Blanket Bond:** $3,130,600.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/18/15 | | First Niagara Bank | Close out of First Niagara accounts. Check drawn on First Niagara Bank. | | 55,113.28 | | 55,113.28 |
| | | | Funds belonging to Third Party    53,391.05 | 1280-002 | | | 55,113.28 |
| | {1} | | Balance in debtor's First Niagara accounts    1,722.23 | 1129-000 | | | 55,113.28 |
| 09/24/15 | | To Account #******8566 | Transfer estate funds from exempt account | 9999-000 | | 1,722.23 | 53,391.05 |
| 12/04/15 | 101 | Woodstream Corporation | Return of funds pursuant to Court order dated 11/20/15 | 8500-000 | | 53,391.05 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 55,113.28 | 55,113.28 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 1,722.23 | |
| | | | **Subtotal** | | 55,113.28 | 53,391.05 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$55,113.28** | **$53,391.05** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******4366 | 79.10 | 79.10 | 0.00 |
| Checking # ******8566 | 516,217.27 | 517,939.50 | 0.00 |
| Checking # ******8567 | 55,113.28 | 53,391.05 | 0.00 |
| | **$571,409.65** | **$571,409.65** | **$0.00** |

{} Asset reference(s)

Printed: 03/14/2019 09:16 AM    V.14.50